IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| 1ST JARAY LTD, *Plaintiff,* | § § § | |
| v. | § § | NO.   MO:24-CV-00286 |
| COVINGTON SPECIALTY INSURNCE COMPANY, *Defendant.* | § § § | |

### ORDER

BEFORE THE COURT is the Joint Advisory to the Court (Doc. 35), informing the Court that the parties have reached a settlement in principle that resolves all claims asserted in this lawsuit. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SEVENTY-FIVE (75)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

The Court **CANCELS** the Final Pretrial Conference and Jury Selection/Trial.

It is so **ORDERED**.

SIGNED this 31st day of March, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE